UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-056 JD |
| | ) | |
| REBECCA TURNER (02) | ) | |

### ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 21, 2013 [DE 46]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Rebecca Turner's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1).

SO ORDERED.

ENTERED:  July 17, 2013 

                                                /s/ JON E. DEGUILIO
                                               Judge
                                               United States District Court