UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:13-CR-056 JD |
| | ) | |
| SCOTT WEAVER (01) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on September 6, 2013 [DE 59]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Scott Weaver's plea of guilty, ACCEPTS the plea agreement, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  September 25, 2013

                                                 /s/ JON E. DEGUILIO
                                                 Judge
                                                 United States District Court